UNITED STATES DISCTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHELE HILL, </br></br> Plaintiff, </br></br> v. </br></br> JADE PETHEL AND </br> MCVICKER & ASSOCIATES INC. </br></br> Defendants. | Civil Action File No.: </br> 1:14-CV-02248-JEC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, the Plaintiff Michele Hill, by and through her attorney of record, and hereby dismisses with prejudice all of its claims against Defendants pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted this 15th day of August 2014.

> */s/ Michael B. Weinstein*
> Georgia Bar No. 746386
> 949 Image Avenue – Suite B
> Atlanta, GA 30318
> (404) 228-2629 (O)
> (888) 231-0613 (F)
>
> *Attorney for Plaintiff*

**CONSENTED TO BY:**

<u>/s/  Bradley T. Adler</u>
Bradley T. Adler
Georgia Bar No. 005525
Jennifer B. Miller
Georgia Bar No. 614520
**FREEMAN MATHIS & GARY,** LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339-5948
T: (770) 818-0000

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

Bradley T. Adler
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339-5948

This 15th day of August 2014.

*/s/ Michael B. Weinstein*